UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SAHAND YOUSEFI NASRABADI,

    Petitioner,

v.                                                                                          No. 1:25-CV-129-H

MARCELO VILLEGAS, et al.,

    Respondents.

## ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's Petition for Writ of Habeas Corpus. Dkt. No. 1. The Court grants the request for an order directing the respondents to show cause. *See id.* at 23. The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than August 19, 2025. The petitioner may file a reply to the respondents' answer by no later than September 2, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 1:00 p.m. CT on August 4, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside of the Northern District of Texas.

Service of this Order, as well as the petition (Dkt. No. 1), shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy

Larson, by 5:00 p.m. CT on July 31, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on July 30, 2025.

                                                      _____
                                                      JAMES WESLEY HENDRIX
                                                      UNITED STATES DISTRICT JUDGE