UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SAHAND YOUSEFI NASRABADI,<br><br>    Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS, et al.,<br><br>    Respondents. | No. 1:25-CV-129-H |

## **JUDGMENT**

For the reasons stated in the Court's order (Dkt. No. 16), it is ordered, adjudged, and decreed that the First Amended Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (Dkt. No. 10) is dismissed with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on October 28, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge